**Ameriloss**

AmeriLoss Public Adjusting, Corp
1440 J. F. Kennedy Causeway, Suite 201
North Bay Village, FL 33141
305-993-4445  877-263-7440
Fax 305-866-5616

Insured:   Mazza, Jeanie
Property:   1503 Thumbpoint Dr
Fort Pierce, FL 34949

**Claim Number:**                **Policy Number:**                **Type of Loss:** Hurricane

Date of Loss:   9/4/2004                Date Received:
Date Inspected:                          Date Entered:

Price List:   FLFP5B8D
Restoration/Service/Remodel
Estimate:   MAZZA_JEANIE

Disclaimer:  This detailed estimate is not to be construed as providing coverage for the incident captioned, but represents the opinion of this Adjuster as to the scope of damage and the amount of the loss.  This estimate is subject to change due to unintentional omissions or errors, changes in the unit cost pricing, and /or undiscovered damage.  any coverages, limits, exclusions, deductibles applicable and previous allowances or payments applicable are deferred to the carrier.

EXHIBIT
E
tabbies

**Ameriloss**

AmeriLoss Public Adjusting, Corp
1440 J. F. Kennedy Causeway, Suite 201
North Bay Village, FL 33141
305-993-4445  877-263-7440
Fax 305-866-5616

### MAZZA_JEANIE

Roof



| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Remove Laminated - 40 yr. - comp. shingle rfg. - incl. felt | 42.40 SQ | 66.26 | 0.00 | 2,809.42 |
| Laminated - 40 yr. - comp. shingle rfg. - incl. felt | 49.50 SQ | 0.00 | 274.84 | 13,604.58 |
| R&R Flashing - pipe jack - lead | 4.00 EA | 8.85 | 62.77 | 286.48 |
| R&R Drip edge | 307.00 LF | 0.41 | 1.80 | 678.47 |

Totals: Roof                                                                17,378.95

### Exterior

Exterior

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Seal & paint stucco | 2,714.00 SF | 0.00 | 1.10 | 2,985.40 |
| Clean with pressure/chemical spray | 2,714.00 SF | 0.00 | 0.25 | 678.50 |
| R&R Gutter / downspout - aluminum - 6" | 310.00 LF | 0.64 | 7.79 | 2,613.30 |
| Prime & paint exterior fascia - wood, 6"- 8" wide | 313.00 LF | 0.00 | 1.69 | 528.97 |
| Prime & paint exterior soffit - wood | 469.00 SF | 0.00 | 1.75 | 820.75 |

Total:  Exterior                                                            7,626.92

### Interior
### Main Level

## Ameriloss

AmeriLoss Public Adjusting, Corp
1440 J. F. Kennedy Causeway, Suite 201
North Bay Village, FL 33141
305-993-4445  877-263-7440
Fax 305-866-5616



| Entry/LR/Kit | | | Ceiling Height: Sloped |
|---|---|---|---|
| 2,183.73 SF Walls | | 803.74 SF Ceiling | |
| 2,987.47 SF Walls & Ceiling | | 798.61 SF Floor | |
| 88.73 SY Flooring | | 150.24 LF Floor Perimeter | |
| 162.61 LF Ceil. Perimeter | | | |

| Missing Wall: | 1 - | 2'6" X 6'8" | Opens into Hall | Goes to Floor |
|---|---|---|---|---|
| Missing Wall: | 1 - | 9'8" X 12'9" | Opens into Bay1 | Goes to Floor/Ceiling |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Seal then paint the walls and ceiling (2 coats) | 2,987.47 SF | 0.00 | 0.75 | 2,240.60 |
| Mask wall - plastic, paper, tape (per LF) | 162.61 LF | 0.00 | 1.20 | 195.13 |
| Two ladders with jacks and plank (per week) | 1.00 WK | 0.00 | 322.00 | 322.00 |
| Floor protection - self-adhesive plastic film | 798.61 SF | 0.00 | 0.56 | 447.22 |
| Detach & Reset Hanging light fixture - | 1.00 EA | 0.00 | 0.00 | 40.53 |
| Chandelier - Detach & reset | 1.00 EA | 0.00 | 105.36 | 105.36 |
| Detach & Reset Recessed light fixture - Detach & reset trim only | 8.00 EA | 0.00 | 0.00 | 32.00 |
| Ceiling fan - Detach & reset | 2.00 EA | 0.00 | 144.33 | 288.66 |
| Smoke detector - Detach & reset | 1.00 EA | 0.00 | 39.24 | 39.24 |
| Heat/AC register - Detach & reset | 5.00 EA | 0.00 | 11.48 | 57.40 |
| Window Treatment - General Laborer - per hour | 10.00 HR | 0.00 | 27.54 | 275.40 |
| Contents - move out then reset - Extra large room | 1.00 EA | 0.00 | 121.26 | 121.26 |

Totals: Entry/LR/Kit                                                                    4,164.80

**Ameriloss**

AmeriLoss Public Adjusting, Corp
1430 J. F. Kennedy Causeway, Suite 201
North Bay Village, FL 33141
305-993-4445 877-263-7440
Fax 305-866-5616



| Bay1 | | | Ceiling Height: 8' |
|---|---|---|---|

110.49 SF Walls
134.55 SF Walls & Ceiling
2.67 SY Flooring
13.81 LF Ceil. Perimeter

24.06 SF Ceiling
24.06 SF Floor
13.81 LF Floor Perimeter

**Missing Wall:** 1 - 9'8" X 8'0"  **Opens into Entry/LR/Kit**  **Goes to Floor/Ceiling**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Seal then paint the walls and ceiling (2 coats) | 134.55 SF | 0.00 | 0.75 | 100.91 |
| Mask wall - plastic, paper, tape (per LF) | 13.81 LF | 0.00 | 1.20 | 16.57 |
| Floor protection - self-adhesive plastic film | 24.06 SF | 0.00 | 0.56 | 13.47 |

Totals: Bay1                                                                 130.95

| Hall | | | Ceiling Height: 8' |
|---|---|---|---|

239.33 SF Walls
280.77 SF Walls & Ceiling
4.60 SY Flooring
32.00 LF Ceil. Perimeter

41.44 SF Ceiling
41.44 SF Floor
29.50 LF Floor Perimeter

**Missing Wall:** 1 - 2'6" X 6'8"  **Opens into Entry/LR/Kit**  **Goes to Floor**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Seal then paint the walls and ceiling (2 coats) | 280.77 SF | 0.00 | 0.75 | 210.58 |
| Mask wall - plastic, paper, tape (per LF) | 32.00 LF | 0.00 | 1.20 | 38.40 |
| Floor protection - self-adhesive plastic film | 41.44 SF | 0.00 | 0.56 | 23.21 |
| Detach & Reset Hanging light fixture | 1.00 EA | 0.00 | 0.00 | 40.53 |

Totals: Hall                                                                 312.72

Total: Main Level                                                          4,608.47

**Ameriloss**

AmeriLoss Public Adjusting, Corp
1340 J. F. Kennedy Causeway, Suite 201
North Bay Village, FL 33141
305-993-4445  877-263-7440
Fax 305-866-5616

### Left Bedroom Front

LxWxH 18' 8" x 13' 6" x 8'



| | |
|---|---|
| 484.01 SF Walls | 252.00 SF Ceiling |
| 736.01 SF Walls & Ceiling | 252.00 SF Floor |
| 28.00 SY Flooring | 60.50 LF Floor Perimeter |
| 149.33 SF Long Wall | 108.00 SF Short Wall |
| 60.50 LF Ceil. Perimeter | |

### Subroom 1:  Offset 1

LxWxH 3' 10" x 2' 4" x 8'



| | |
|---|---|
| 68.01 SF Walls | 8.94 SF Ceiling |
| 76.95 SF Walls & Ceiling | 8.94 SF Floor |
| 0.99 SY Flooring | 8.50 LF Floor Perimeter |
| 30.67 SF Long Wall | 18.67 SF Short Wall |
| 8.50 LF Ceil. Perimeter | |

**Missing Wall:** 1 -   3'10" X 8'0"      **Opens into Left Bedroom Front**      **Goes to Floor/Ceiling**

### Subroom 2:  Closet

LxWxH 7' 2" x 2' 2" x 8'



| | |
|---|---|
| 149.33 SF Walls | 15.53 SF Ceiling |
| 164.86 SF Walls & Ceiling | 15.53 SF Floor |
| 1.73 SY Flooring | 18.67 LF Floor Perimeter |
| 57.33 SF Long Wall | 17.33 SF Short Wall |
| 18.67 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Seal then paint the walls and ceiling (2 coats) | 977.82 SF | 0.00 | 0.75 | 733.37 |
| Mask wall - plastic, paper, tape (per LF) | 87.67 LF | 0.00 | 1.20 | 105.20 |
| Floor protection - self-adhesive plastic film | 276.47 SF | 0.00 | 0.56 | 154.82 |
| Ceiling fan - Detach & reset | 1.00 EA | 0.00 | 144.33 | 144.33 |
| Heat/AC register - Detach & reset | 1.00 EA | 0.00 | 11.48 | 11.48 |
| Window Treatment - General Laborer - per hour | 1.00 HR | 0.00 | 27.54 | 27.54 |
| Contents - move out then reset - Extra large room | 1.00 EA | 0.00 | 121.26 | 121.26 |

Totals:  Left Bedroom Front                                                                 1,298.00

**Ameriloss**

AmeriLoss Public Adjusting, Corp
13401 F. E. Kennedy Causeway, Suite 201
North Bay Village, FL 33141
305-993-4445  877-263-7440
Fax 305-866-5616



### den                                                              LxWxH 18' 4" x 15' 8" x 8'

| | |
|---|---|
| 544.00 SF Walls | 287.22 SF Ceiling |
| 831.22 SF Walls & Ceiling | 287.22 SF Floor |
| 31.91 SY Flooring | 68.00 LF Floor Perimeter |
| 146.67 SF Long Wall | 125.33 SF Short Wall |
| 68.00 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Seal then paint the walls and ceiling (2 coats) | 831.22 SF | 0.00 | 0.75 | 623.42 |
| Mask wall - plastic, paper, tape (per LF) | 68.00 LF | 0.00 | 1.20 | 81.60 |
| Floor protection - self-adhesive plastic film | 287.22 SF | 0.00 | 0.56 | 160.84 |
| Ceiling fan - Detach & reset | 1.00 EA | 0.00 | 144.33 | 144.33 |
| Heat/AC register - Detach & reset | 1.00 EA | 0.00 | 11.48 | 11.48 |
| Window Treatment - General Laborer - per hour | 1.00 HR | 0.00 | 27.54 | 27.54 |
| Contents - move out then reset - Extra large room | 1.00 EA | 0.00 | 121.26 | 121.26 |

Totals:  den                                                                          1,170.47



### Left Bedroom Rear                                                LxWxH 11' 7" x 11' x 8'

| | |
|---|---|
| 335.33 SF Walls | 127.42 SF Ceiling |
| 462.75 SF Walls & Ceiling | 127.42 SF Floor |
| 14.16 SY Flooring | 41.92 LF Floor Perimeter |
| 92.67 SF Long Wall | 88.00 SF Short Wall |
| 41.92 LF Ceil. Perimeter | |



### Subroom 1:  Closet                                              LxWxH 7' 10" x 2' 9" x 8'

| | |
|---|---|
| 169.33 SF Walls | 21.54 SF Ceiling |
| 190.87 SF Walls & Ceiling | 21.54 SF Floor |
| 2.39 SY Flooring | 21.17 LF Floor Perimeter |
| 92.67 SF Long Wall | 22.00 SF Short Wall |
| 21.17 LF Ceil. Perimeter | |

## Ameriloss

AmeriLoss Public Adjusting, Corp
1440 J. F. Kennedy Causeway, Suite 201
North Bay Village, FL 33141
305-993-1445  877-263-7440
Fax 305-860-5646



| Subroom 2: Offset 1 | | LxWxH 3' 3" x 2' 5" x 8' |
|---|---|---|
| 64.67 SF Walls | | 7.85 SF Ceiling |
| 72.52 SF Walls & Ceiling | | 7.85 SF Floor |
| 0.87 SY Flooring | | 8.08 LF Floor Perimeter |
| 26.00 SF Long Wall | | 19.33 SF Short Wall |
| 8.08 LF Ceil. Perimeter | | |

| Missing Wall: | 1 - | 3'3" X 8'0" | Opens into Left Bedroom Rear | | Goes to Floor/Ceiling | |
|---|---|---|---|---|---|---|

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Seal then paint the walls and ceiling (2 coats) | 726.15 SF | 0.00 | 0.75 | 544.61 |
| Mask wall - plastic, paper, tape (per LF) | 71.17 LF | 0.00 | 1.20 | 85.40 |
| Floor protection - self-adhesive plastic film | 156.81 SF | 0.00 | 0.56 | 87.81 |
| Ceiling fan - Detach & reset | 1.00 EA | 0.00 | 144.33 | 144.33 |
| Heat/AC register - Detach & reset | 1.00 EA | 0.00 | 11.48 | 11.48 |
| Window Treatment - General Laborer - per hour | 1.00 HR | 0.00 | 27.54 | 27.54 |
| Contents - move out then reset - Extra large room | 1.00 EA | 0.00 | 121.26 | 121.26 |

Totals:  Left Bedroom Rear                                                     1,022.43



| Garage | | LxWxH 20' x 20' x 8' 3" |
|---|---|---|
| 602.25 SF Walls | | 400.00 SF Ceiling |
| 1,002.25 SF Walls & Ceiling | | 400.00 SF Floor |
| 44.44 SY Flooring | | 73.00 LF Floor Perimeter |
| 165.00 SF Long Wall | | 165.00 SF Short Wall |
| 73.00 LF Ceil. Perimeter | | |

| Missing Wall: | 1 - | 7'0" X 8'3" | Opens into Exterior | | Goes to Floor/Ceiling | |
|---|---|---|---|---|---|---|

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Electrical repair -Garage door opener | 1.00 EA | 0.00 | 235.00 | 235.00 |

Totals:  Garage                                                               235.00

MAZZA  JEANIE                                          1/4/2009        Page: 7

## Ameriloss

AmeriLoss Public Adjusting, Corp
1440 J. F. Kennedy Causeway, Suite 201
North Bay Village, FL 33141
305-993-4445  877-263-7430
Fax 305-866-5646

### Pool Area

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Patio pool Enclosure - Full Screen - High grade | 2,016.00 SF | 1.30 | 13.61 | 30,058.56 |
| R&R Screen door - metal - 30" - 36" - full screen (no glass) | 2.00 EA | 22.18 | 122.80 | 289.96 |
| Clean with pressure/chemical spray | 798.00 SF | 0.00 | 0.25 | 199.50 |
| R&R Temporary fencing | 94.00 LF | 1.14 | 9.12 | 962.64 |
| Swimming pool refill & chemicals | 1.00 EA | 0.00 | 425.00 | 425.00 |
| R&R Fascia - metal, 8" | 82.00 LF | 0.41 | 4.66 | 415.74 |
| R&R Gutter / downspout - aluminum - 7" to 8" | 96.00 LF | 0.64 | 14.56 | 1,459.20 |
| Swimming pool plaster finish - white | 728.00 SF | 0.00 | 3.35 | 2,438.80 |

Totals: Pool Area                                                                 35,969.20

### General



| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| General clean - up | 24.00 HR | 0.00 | 30.06 | 721.44 |
| Dumpster load - Approx. 30 yards, 5 -7 tons of debris | 3.00 EA | 460.20 | 0.00 | 1,380.60 |
| Plumbing repair - drain per receipt | 1.00 EA | 0.00 | 280.00 | 280.00 |

Totals: General                                                                   2,382.04

MAZZA, JEANIE                                            1/4/2009            Page: 8

**Ameriloss**

AmeriLoss Public Adjusting, Corp
1440 J. F. Kennedy Causeway, Suite 201
North Bay Village, FL 33141
305-993-4445  877-263-7440
Fax 305-866-5616

Total: Interior                                                                     36,785.61

### Other Structures

#### Fencing



| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Chain link fence w/posts & top rail - 4' high | 60.00 LF | 3.37 | 10.38 | 825.00 |
| | | | | 825.00 |
| Totals: Fencing | | | | 825.00 |
| Total: Other Structures | | | | 825.00 |

Line Item Totals: MAZZA_JEANIE                                                      72,616.48

## Grand Total Areas:

| | | |
|---|---|---|
| 6,818.31  SF Walls | 2,974.70  SF Ceiling | 9,793.01  SF Walls and Ceiling |
| 2,969.57  SF Floor | 329.95  SY Flooring | 723.05  LF Floor Perimeter |
| 1,359.58  SF Long Wall | 868.33  SF Short Wall | 737.92  LF Ceil. Perimeter |
| 364.10  Floor Area | 921.14  Total Area | 2,927.04  Interior Wall Area |
| 1,818.14  Exterior Wall Area | 142.34  Exterior Perimeter of Walls | |
| 0.00  Surface Area | 0.00  Number of Squares | 0.00  Total Perimeter Length |
| 0.00  Total Ridge Length | 0.00  Total Hip Length | |

**Ameriloss**

AmeriLoss Public Adjusting, Corp
1440 J. F. Kennedy Causeway, Suite 201
North Bay Village, FL 33141
305-993-4445  877-263-7440
Fax 305-866-5610

## Summary for Dwelling

| | | | |
|---|---|---|---|
| Line Item Total | | | 72,616.48 |
| Material Sales Tax | @ | 6.500% x | 25,665.80 | 1,668.28 |
| | | | |
| Subtotal | | | 74,284.76 |
| Overhead | @ | 10.0% x | 74,284.76 | 7,428.48 |
| Profit | @ | 10.0% x | 74,284.76 | 7,428.48 |
| | | | |
| **Replacement Cost Value** | | | **$89,141.72** |
| **Net Claim** | | | **$89,141.72** |

**Ameriloss**

AmeriLoss Public Adjusting, Corp
1330 J. F. Kennedy Causeway, Suite 201
North Bay Village, FL 33141
305-993-4445  877-263-7440
Fax 305-866-5616

## Recap by Room

| | | |
|---|---:|---:|
| **Estimate: MAZZA_JEANIE** | | |
| Roof | 17,378.95 | 23.93% |
| | | |
| **Area:  Exterior** | 7,626.92 | 10.50% |
| | | |
| Area Subtotal:  Exterior | 7,626.92 | 10.50% |
| | | |
| **Area:  Interior** | | |
| | | |
| **Area:  Main Level** | | |
| Entry/LR/Kit | 4,164.80 | 5.74% |
| Bay1 | 130.95 | 0.18% |
| Hall | 312.72 | 0.43% |
| | | |
| Area Subtotal:  Main Level | 4,608.47 | 6.35% |
| Left Bedroom Front | 1,298.00 | 1.79% |
| den | 1,170.47 | 1.61% |
| Left Bedroom Rear | 1,022.43 | 1.41% |
| Garage | 235.00 | 0.32% |
| Pool Area | 35,969.20 | 49.53% |
| General | 2,482.04 | 3.42% |
| | | |
| Area Subtotal:  Interior | 46,785.61 | 64.43% |
| | | |
| **Area:  Other Stuctures** | | |
| Fencing | 825.00 | 1.14% |
| | | |
| Area Subtotal:  Other Stuctures | 825.00 | 1.14% |
| | | |
| **Subtotal of Areas** | 72,616.48 | 100.00% |
| | | |
| **Total** | 72,616.48 | 100.00% |

**Ameriloss**

AmeriLoss Public Adjusting, Corp
1440 J. F. Kennedy Causeway, Suite 201
North Bay Village, FL 33141
305-993-4445  877-263-7440
Fax 305-866-5616

## Recap by Category

| O&P Items | | | Total Dollars | % |
|---|---|---|---:|---:|
| CLEANING | | | 1,599.44 | 1.79% |
| CONTENT MANIPULATION | | | 485.04 | 0.54% |
| GENERAL DEMOLITION | | | 7,619.27 | 8.55% |
| DOORS | | | 245.60 | 0.28% |
| DRYWALL | | | 522.30 | 0.59% |
| ELECTRICAL | | | 274.24 | 0.31% |
| FENCING | | | 622.80 | 0.70% |
| HEAT, VENT & AIR CONDITIONING | | | 91.84 | 0.10% |
| LIGHT FIXTURES | | | 940.07 | 1.05% |
| PLUMBING | | | 380.00 | 0.43% |
| PAINTING | | | 9,675.98 | 10.85% |
| SWIMMING POOLS & SPAS | | | 30,301.56 | 33.99% |
| ROOFING | | | 14,408.26 | 16.16% |
| SCAFFOLDING | | | 322.00 | 0.36% |
| SOFFIT, FASCIA, & GUTTER | | | 4,194.78 | 4.71% |
| TEMPORARY REPAIRS | | | 575.28 | 0.65% |
| WINDOW TREATMENT | | | 358.02 | 0.40% |
| Subtotal | | | 72,616.48 | 81.46% |
| Material Sales Tax | @ | 6.500% | 1,668.28 | 1.87% |
| Overhead | @ | 10.0% | 7,428.48 | 8.33% |
| Profit | @ | 10.0% | 7,428.48 | 8.33% |
| O&P Items Subtotal | | | 89,141.72 | 100.00% |



**Ameriloss**

AmeriLoss Public Adjusting, Corp
1440 J. F. Kennedy Causeway, Suite 201
North Bay Village, FL 33141
305-993-4445  877-263-7440
Fax 305-866-5616

7709 HP 021367 01042004



1      050              12/30/2008       Taken By:  MIKE



2      051              12/30/2008       Taken By:  MIKE

**Ameriloss**

AmeriLoss Public Adjusting, Corp
1440 J. F. Kennedy Causeway, Suite 201
North Bay Village, FL 33141
305-993-4445  877-263-7440
Fax 305-866-5616

021369



3       052         12/30/2008        Taken By:  MIKE



4       053         12/30/2008        Taken By:  MIKE

MAZZA, JEANIE                                    1/4/2009        Page: 14

**Ameriloss**

AmeriLoss Public Adjusting, Corp
1440 J. F. Kennedy Causeway, Suite 201
North Bay Village, FL 33141
305-993-4445  877-263-7440
Fax 305-866-5616

031367



5        054            12/30/2008        Taken By:  MIKE



6        055            12/30/2008        Taken By:  MIKE

MAZZA  JEANIE                                          1/4/2009        Page: 15

### Ameriloss

AmeriLoss Public Adjusting, Corp
1140 J. F. Kennedy Causeway, Suite 201
North Bay Village, FL 33141
305-993-4445  877-263-7440
Fax 305-866-5616          021269



7      056          12/30/2008        Taken By:  MIKE



8      057          12/30/2008        Taken By:  MIKE

**Ameriloss**

AmeriLoss Public Adjusting, Corp
1440 J. F. Kennedy Causeway, Suite 201
North Bay Village, FL 33141
305-993-4445  877-263-7440
Fax 305-866-5616

021369



9      058           12/30/2008        Taken By: MIKE



10     059           12/30/2008        Taken By: MIKE

**Ameriloss**

AmeriLoss Public Adjusting, Corp
1430 J. F. Kennedy Causeway, Suite 201
North Bay Village, FL 33141
305-993-4445  877-263-7440
Fax 305-866-5616



11     060              12/30/2008          Taken By:  MIKE



12     061              12/30/2008          Taken By:  MIKE

**Ameriloss**

AmeriLoss Public Adjusting, Corp
1440 J. F. Kennedy Causeway, Suite 201
North Bay Village, FL 33141
305-993-4445  877-263-7440
Fax 305-866-5616



13     062          12/30/2008       Taken By:  MIKE



14     063          12/30/2008       Taken By:  MIKE

**Ameriloss**

AmeriLoss Public Adjusting, Corp
1440 J. F. Kennedy Causeway, Suite 201
North Bay Village, FL 33141
305-993-4445  877-263-7440
Fax 305-866-5610



15      064          12/30/2008       Taken By:  MIKE



16      065          12/30/2008       Taken By:  MIKE

MAZZA_JEANIE                                      1/4/2009        Page: 20

**Ameriloss**

AmeriLoss Public Adjusting, Corp
1140 J. F. Kennedy Causeway, Suite 201
North Bay Village, FL 33141
305-993-4445  877-263-7440
Fax 305-866-5616





17      966          12/30/2008       Taken By:  MIKE



18      967          12/30/2008       Taken By:  MIKE

## Ameriloss

AmeriLoss Public Adjusting, Corp
1440 J. F. Kennedy Causeway, Suite 201
North Bay Village, FL 33141
305-993-4445  877-263-7440
Fax 305-866-5616

531367



19      068          12/30/2008        Taken By:  MIKE



20      069          12/30/2008        Taken By:  MIKE

MAZZA, JEANIE                                        1/4/2009      Page: 22

**Ameriloss**

AmeriLoss Public Adjusting, Corp
1140 J. F. Kennedy Causeway, Suite 201
North Bay Village, FL 33141
305-993-4445 877-263-7440
Fax 305-866-5616

231369



21    070            12/30/2008        Taken By:  MIKE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 7709 HP 021369
0904 2004

Nationwide Ins.
1100 Locust St. Dept 5408
Des Moines, IA 50391
5578

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

7009 0080 0000 6700 8205

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540